Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606
Phone: 302-260-4024
Email: cynthiarenee@msn.com
Plaintiff, Pro Se

FILED
2013 MAR 29  PM 4:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CYNTHIA BLEDSOE, | CASE NO.: |
| --- | --- |
| Plaintiff, | SACV13-00513 AG (ANx) |
| v. | |
| PAUL A. LARKINS, CACH, LLC, | FDCPA AND FRAUD COMPLAINT. |
| | DEMAND FOR JURY TRIAL. |
| Defendants. | |

## COMPLAINT FOR VIOLATION OF THE FDCPA AND FRAUD

1. Here comes now, Cynthia Bledsoe, ("Plaintiff", "Consumer"), hereby sues CACH, LLC and Paul A. Larkins, (Defendants) for violations of the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. § 1692(e)(2), 1692f, 1692(f)(1) and 15 U.S.C. § 1692g(b).

### PRELIMINARY STATEMENT

2. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the (FDCPA) 15 U.S.C. § 1692(e)(2), § 1692f, and § 1692g(b).
Upon belief and information, Plaintiff contends that many of these practices are widespread for the Defendants, and intends to propound discovery to Defendants identifying these violations.

3. Plaintiff sent numerous debt verification to Defendants asking for evidence of any issue of credit or money lent. Defendants ignored the request and continued to enforce the collection activities.

Page | 1

4. Plaintiff contends that the Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged debt which does not belong to Plaintiff.

Plaintiff contents that the Defendants have violated such laws by continuing to collect a debt without first verifying if in fact belongs to Plaintiff.

## JURISDICTION AND VENUE

5. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(p) and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transacts business here, and the conduct complained of occurred here.

## PARTIES

6. Plaintiff, is a natural person and is a resident of the State of California.

7. Upon information and belief Defendants, are authorized to do business in California. CACH, LLC ("CACH") is a "debt Collector" as define by section 803(6) of the FDCPA 15 USC§1692a (6).

8. CACH is a junk debt buyer whose principal place of business is located at 370 17th Street, Suite 5000, Denver, CO 80202-3050.

## FACTUAL ALLEGATIONS

9. Defendants never lent any money to Plaintiff and Plaintiff believes there is no evidence to the contrary.

10. Plaintiff never signed a Note or Contract, exhibiting all the necessary requirements of a contract by operation of law for the debt allegedly owed to the Defendants and Plaintiff believes there is no evidence to the contrary.

11. Defendants have failed to disclose origin of any loan or money lent and Plaintiff believes there is no evidence to the contrary.

12. Defendants have failed to disclose history or provenance of any loan or money lent and Plaintiff believes there is no evidence to the contrary.

13. Defendants have never produced evidence that they loaned United States Dollars as required by Federal Law and United States Treasury Regulations. This failure or omission or even negligent behavior is an illegal act.

14. Plaintiff never saw any money and is unaware of any contract for loan proceeds that exists between Plaintiff and Defendants and Plaintiff believes there is no evidence to the contract.

15. Plaintiff alleges and incorporates the information in all above paragraphs .

## DEFENDANT'S BUSINESS PRACTICES

### Background of Defendant's Collection Practices

16. Colloquially known as a "debt buyer," CACH, LLC purchases and collects on portfolios of charged-off consumer debts from credit originators such as credit card issuers, consumer finance companies, health clubs, and telecommunications and utilities providers.

## FAIR DEBT COLLECTION PRACTICE ACT

17. The FDCPA was passed by congress in 1977, 15 USC 1692-1692p, Which became effective on March 20, 1978, and has been in force since that date. Section 15 USC 1962 802 9(a) States The sole purpose of this act was defined by the abundant evidence of the use of abusive, deceptive and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to the invasion of privacy.

## VIOLATIONS OF THE FDCPA
## COUNT I

### Violations of Section 805

18. Section 805 of the FDCPA, 15 U.S.C. § 1692c, governs communications in connection with debt collection generally. Section 805(b) specifically prohibits communications about a debt with any person other than the consumer, a consumer reporting agency, the creditor, or their attorneys except as allowed by Section 804 or with the permission of the consumer, or a court of competent jurisdiction, or as reasonably necessary to effectuate post judgment relief.

19. In numerous instances, through the means described in above Paragraphs , in connection with the collection of debts, CACH, directly or indirectly, has communicated about a debt with

persons other than the consumer, a consumer reporting agency, the creditor, or their attorneys without the permission of the consumer, or as otherwise allowed by Section 804.

20. The acts and practices alleged in Paragraph 18 constitute violations of Section 805(b) of the FDCPA, 15 U.S.C. § 1692c(b). Pursuant to Section 814(a) of the FDCPA, 15 U.S.C. § 16921(a),

21. Plaintiff alleges and incorporates the information in paragraphs 9 through 20.

## COUNT II

### Violation of Section 807

22. Defendant has used false, deceptive, or misleading representation or means in connection with the collection of allege debt, in violation of Section 807 of the FDCPA, 15 U.S.C. § 1692e, including, but not limited to, the following: Using a false representation concerning the character, amount, or legal status of any debt, in violation of Section 807(2)(A) of the FDCPA, 15 U.S.C. § 1692e(2)(A); or communicating credit information to consumer reporting agencies that Defendant knows, or should know, to be false, in violation of Section 807(8) of the FDCPA, 15 U.S.C. § 1692e(8).

23. Plaintiff alleges and incorporates the information in paragraphs 9 through 21.

## COUNT III

### Violation of Section 809

24. Defendant has Continued to collect on allege debt without obtaining and providing to the consumer( Plaintiff) any verification of the debt when the consumer has notified Defendant in writing within the thirty (30) day period described in Section 809(a) of the FDCPA, 15 U.S.C. §1692g(a), that the debt, or any portion thereof, is disputed, as prohibited by Section 809(b) of the FDCPA, 15U.S.C. §1692g(b); and Failing to comply in any other respect with the FDCPA, as attached and as hereafter amended.

25. Defendant, Paul A. Larkins is the Chief Executive Officer of CACH, who is in charge of the daily collection activities of CACH. Defendant knew the law and allowed his employees to undermine and violate the law, causing a breach in his fiduciary duties to the company.

26. Plaintiff alleges and incorporates the information in paragraphs 9 through 25.

## PLAINTIFF'S REMEDY REQUEST FOR VIOLATIONS OF THE FDCPA

27. The statute authorizes a private cause of action by a person, including any other person affected by the provisions of the statute, to be brought against the collector within one year from the date of violation. Section 1692k provides that a debt collector may be liable to a person in an amount equal to:

**WHEREFORE**, Plaintiff demands judgment for damages against Defendants, for statutory damages, punitive damages, emotional distress, defamation of character and any other actual damages that would include any adverse ruling in state court, and attorney's fees and costs, pursuant to 15 U.S.C. § 1692.

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 26th of March, 2013.

*/s/ Cynthia Bledsoe*
Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606
Phone: 302-260-4024
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Cynthia Bledsoe

**DEFENDANTS**
CACH, LLC,
PAUL A. LARKINS

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
92 Corporate Park, #100
Irvine, CA 92606
302-260-4024

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FDCPA AND FRAUD COMPLAINT

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES: ☒ 480 Consumer Credit [among other unchecked options]

CONTRACT, TORTS, PRISONER PETITIONS, LABOR, etc. — no other boxes checked.

**FOR OFFICE USE ONLY:** Case Number: SACV13•00513 AG(ANx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | DENVER |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Cynthia Pledson_ Date 3-29-13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CYNTHIA BLEDSOE<br><br>*Plaintiff*<br>v.<br>PAUL A. LARKINS,<br>CACH, LLC,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.<br>)  SACV13-00513 AG (ANx)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paul A. Larkins

Denver, CO 80237

Cach, LLC

Denver, CO 80237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  03/29/2013                                                        *Dwayne Roberts*
                                                                *Signature of Clerk or Deputy Clerk*

1146

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

```
SACV13- 513 AG (ANx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [✓] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY